# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KATHEY HENRY, individually and on behalf of all others similarly situated

**(b)** County of Residence of First Listed Plaintiff: Clarke County, MS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gary E. Mason, Mason Lietz & Klinger LLP, 5101 Wisconsin Avenue NW, Suite 305, Washington, DC 20016; Telephone: (202) 429-2290

## DEFENDANTS
BEECH-NUT NUTRITION CO.

County of Residence of First Listed Defendant: Montgomery County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT
**TORTS - PERSONAL PROPERTY:** [x] 370 Other Fraud

## V. ORIGIN
[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. § 1332(d)(2)(A)
Brief description of cause: Fraudulent misrepresentation, Fraud by omission, Negligent misrepresentation, Unjust enrichment

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Thomas J. McAvoy
DOCKET NUMBER: 1:21-cv-00133-TJM-CFH

DATE: 02/26/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Gary E. Mason

**FOR OFFICE USE ONLY**
RECEIPT #: ANYNDC-5438144 | AMOUNT: $402.00 | APPLYING IFP: | JUDGE: TJM | MAG. JUDGE: CFH

1:21-cv-227